IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cheyenne Stokes,                                                    3:21-cv-00371

        Plaintiff,                                          Judge James G. Carr

        v.                                                **JUDGMENT**

Ohio Truck Sales, LLC,

        Defendant.

In accordance with the order filed contemporaneously with this judgment entry, it is hereby

ORDERED THAT:

Defendant's supplemental motion for summary judgment (Doc. 19) be, and the same hereby is granted.

So ordered.

        s/James G. Carr
        Sr. U.S. District Judge